IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL MIRANDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. _____ |
| V. | § | **JURY** |
| | § | |
| ROSS DRESS FOR LESS, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ross Dress for Less, Inc. ("Ross") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

### I. Introduction

1.  Plaintiff Daniel Miranda ("Plaintiff"), at the time this action was commenced, was, and still is, a resident and citizen of Texas.

2.  Ross, at the time this action was commenced, was, and still is, a corporation formed under the laws of California and headquartered in California.

3.  Plaintiff claims that on or about July 7, 2020, was at the Ross store located at 8066 S. Gessner, Houston, Harris County, Texas 77036 when Plaintiff claims an employee who had shopping carts in his hand, hit Plaintiff with the bar handle of a shopping cart on his lower back while he was fixing the baskets in the store, causing Plaintiff to fall backwards. Plaintiff's

Original Petition at pp. 2-3.  Plaintiff contends that he has sustained serious personal injuries for which he had to seek the care of medical professionals. *Id.*

4.  On or about April 1, 2022, Plaintiff commenced a lawsuit in the 113th Judicial District Court of Harris County, Texas, Cause No. 2022-19885, styled *Daniel Miranda v Ross Dress for Less, Inc.* at p. 1. Plaintiff requested a citation for service of process on or about April 6, 2022. Defendant was served on or about April 8, 2022.

5.  Plaintiff avers, inter alia, that Ross was negligent in failing to maintain its premises, among other things. *Id*. at p. 6-7.  Consequently, Plaintiff seeks to recover damages for negligence. *Id*.

## II.  Grounds for Removal

**A.   Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00.**

6.  Plaintiff is a citizen and resident of Texas.  Ross is a citizen and a resident of California.  Thus, the parties are completely diverse.  *See* 28 U.S.C. § 1332(a).

7.  Plaintiff is seeking damages in excess of $75,000.00. In particular, Plaintiff's petition seeks "monetary relief over $1,000,000.00". *See* Plaintiff's Original Petition at p. 10. Therefore, the amount in controversy exceeds $75,000.00.

**B.   Venue is Proper in This Division and in This District.**

8.  Plaintiff filed this action in Harris County, Texas.  The Houston Division of the Southern District of Texas encompasses Harris County, Texas.  Thus, this district and division embrace the place where the state court action is pending.  *See* 28 U.S.C. §1441(a).

### III. Procedural Requirements for Removal

9. This Notice of Removal is filed within thirty days of the date on which Defendant received the summons and complaint. Thus, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

10. Copies of all processes, pleadings, and orders have been filed separately with this Court. *See* 28 U.S.C. § 1446(a).

11. Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings and orders signed by the Judge attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

12. A copy of this Notice of Removal will be filed with the Harris County District Clerk's office promptly and will be served on Plaintiff promptly. *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

13. The filing fee has been paid to the Clerk.

14. Defendant hereby requests a trial by jury.

### IV. Prayer

15. WHEREFORE, PREMISES CONSIDERED, Defendant Ross prays that the above-styled action now pending in the 113th Judicial District Court of Harris County, Texas be removed there from to this Honorable Court.

16. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

                    Respectfully submitted,

                    **GERMER PLLC**

                    By:   /s/ Troy A. Williams
                            Troy A. Williams
                            State Bar No. 00788678
                            Federal I.D. No. 19043
                            America Tower
                            2929 Allen Parkway, Suite 2900
                            Houston, Texas 77019
                            Telephone: (713) 650-1313
                            Facsimile: (713) 739-7420
                            Email: twilliams@germer.com

                    **LEAD ATTORNEY FOR DEFENDANT ROSS DRESS FOR LESS, INC.**

**OF COUNSEL:**

Serena D. Harmon
State Bar No. 00785943
Federal I.D. No. 18037
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: sharmon@germer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on April 28, 2022 to all counsel of record, as follows:

*litigation@thehadilawfirm.com*
Husein Hadi
Jamil Thomas
Ariana Medhipour
Anita Mehdipour
The Hadi Law Firm PLLC
7100 Regency Square Boulevard
Suite 140
Houston, Texas  77036

/s/ *Troy A. Williams*
Troy A. Williams