4/8/2022 4:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 63418960
By: SASHA PRINCE
Filed: 4/8/2022 4:16 PM

AFFIDAVIT ATTACHED

CAUSE NO. 202219885

RECEIPT NO: 918272   TRACKING NO: 73990675
EML

| Plaintiff: | In The 113th |
| --- | --- |
| MIRANDA, DANIEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| ROSS DRESS FOR LESS INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   ROSS DRESS FOR LESS INC (A FOREIGN CORPORATION) MAY BE SERVED BY SERVING THE REGISTERED AGENT OF THE CORPORATION
C T CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on April 1, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 6, 2022, under my hand and seal of said court.

Issued at the request of:

HADI, HUSEIN
7100 REGENCY SQUARE BLVD, STE 140
HOUSTON, TX  77036
832-433-7977
Bar Number: 24067641

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: PATRICIA JONES

AFFIDAVIT ATTACHED

**EXHIBIT A**

## Officer or Authorized return

Came to hand on the 8th day of April A.D., 2022, at 8:00 o'clock. A.M. and executed by delivering **Ross Dress for Less, Inc. agent CT Corporation System accepted by Tierica Williams on** the 8th day of April A. D. 2022, at 1:01 o'clock P.M., the within named defendant, in person, a true copy of this Citation, together with a copy of original petition with date of service marked thereon, at the following location, 1999 Bryan Street, Suite 900 Dallas Texas 75201

Citation:   202219885
Plaintiff's Original Petition

Witness Fee: _____
For mileage _____
For Notary _____

_____ PSC 4688 expires 2/28/2024.

Dave Valfer, 1801 Vassar Drive Richardson, Texas
Authorized Person

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE. OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified, if the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is Dave Valfer

My date of birth is;   July 2, 1960   and my address is; 1801 Vassar Drive Richardson Texas 75081
                                                                Dallas County, Texas

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

**EXHIBIT A**

**Dave Valfer**

**From:** CLS-SOPDALTEAM@WOLTERSKLUWER.COM
**Sent:** Friday, April 08, 2022 1:01 PM
**To:** premierprocess@swbell.net
**Subject:** Intake Portal - Job #155707 has been received

Hello David Valfer,

We confirm receipt of the following documents via the Intake Portal on the date, time and location indicated below.

**Date:** Fri, Apr 8, 2022
**Time:** 1:01 PM
**Name:** David Valfer
**Juris Served:** TX
**Job ID:** 155707

| ROSS DRESS FOR LESS, INC. | C T CORPORATION SYSTEM | 202219885 |

You can also view the status of your job at
https://intake.ctcorporation.com/

Thank you
Intake Specialist: Tierica Williams
CT Corporation, a Wolters Kluwer Company

1

**EXHIBIT A**